**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
  INDIRA REYES,

                              Plaintiff,                24 **CIVIL** 2849 (ALC)

        -v-                                       **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated April 1, 2025, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties agree that on remand, Plaintiff will be offered an opportunity for a hearing on remand and a new decision will be issued.

**Dated:**  New York, New York

     April 4, 2025

                                                                     **TAMMI M. HELLWIG**
                                                               _____
                                                                   **Clerk of Court**

                                               **BY:**

                                                                   _____
                                                                   **Deputy Clerk**